UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Gilbert W. Cox</u>,
    Plaintiff

    v.                                                  Case No. 11-cv-280-SM

<u>Saxon Mortgage Services, Inc.</u>,
    Defendant

### <u>O R D E R</u>

    Re:  (Document No. 17)
        Defendant's Motion for Summary Judgment

    <u>Ruling</u>: Granted. Plaintiff has filed neither a timely objection or response to the pending dispositive motion, notwithstanding a courtesy reminder call from the deputy clerk. There being no objection, then, the facts supportably asserted by the defendant are taken as undisputed. Given the undisputed facts, and essentially for the reasons urged by defendant in its supporting memorandum of law, summary judgment shall be entered in favor of the defendant and the clerk shall close the case.

                                            _____
                                            Steven J. McAuliffe
                                            United States District Judge

Date:  May 22, 2012

cc:  Andrew L. Baldwin, Esq.
     Richard E. Briansky, Esq.
     Peter G. Callaghan, Esq.
     Raymond J. DiLucci, Esq.